# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-3791

_____

Timothy Edwards,

*Petitioner - Appellant*,

v.

Yankton Federal Prison Camp; Warden Heriberto Tellez,

*Respondents - Appellees.*

_____

Appeal from United States District Court
for the District of South Dakota - Sioux Falls

_____

Submitted: October 16, 2020
Filed: October 21, 2020
[Unpublished]

_____

Before COLLOTON, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Timothy Edwards appeals the district court's[1] grant of summary judgment in this action brought under 28 U.S.C. § 2241. Edwards challenges prison disciplinary proceedings that ultimately resulted in, among other things, loss of good-time credits. After careful review of the record and the parties' arguments on appeal, we conclude that summary judgment was proper. Accordingly, we affirm, *see* 8th Cir. R. 47B, and we deny Edwards's pending motions as moot.

———————————————

[1]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota, adopting the report and recommendations of the Honorable Veronica L. Duffy, United States Magistrate Judge for the District of South Dakota.